| AO-10 |
| Rev. 1/2004 |

# FINANCIAL DISCLOSURE REPORT

## Calendar Year 2003

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name, Middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| McKibben, Howard D | United States District Court | 3/29/2004 |

| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5. ReportType (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge, Active | Nomination   Date   10/4/1984<br><br>Initial   Annual   Final | 1/1/2003<br>to<br>12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| 400 S. Virginia St., Room 804<br><br>Reno, Nevada 89509 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS.   (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Instructor | The National Judicial College, Reno, Nevada |
| 2. | |

## II. AGREEMENTS.   (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2004 APR -5 P 2: 5

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 3/29/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE  - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | Public Employers Retirement System |
| 2. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKibben, Howard D | 3/29/2004 |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | Promissory Note - 4.24% Adjustable 1994 | K |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. House - ▮▮▮▮ NV ▮ | D | Rent | M | W | | | | | |
| 2. 1/2 interest –unimproved land ▮▮▮ NV(water rights) ▮ | | None | M | W | | | | | |
| 3. House, ▮▮▮▮ Oregon ▮ | E | Rent | N | W | | | | | |
| 4. Bank of America | B | Interest | J | T | | | | | |
| 5. Bank of America, Checking Acct. ▮▮▮▮ | | None | J | T | | | | | |
| 6. Security Benefit & Nationwide Life | D | Interest | M | T | | | | | |
| 7. Wells Fargo | A | Dividend | J | T | | | | | |
| 8. Sierra Federal Credit Union ▮▮▮▮ | B | Interest | J | T | | | | | |
| 9. Key Plan Maxi-Single Premium Life - Tax Deferred ▮ | B | Interest | L | T | | | | | |
| 10. Hartford - Single Premium | A | Interest | K | W | | | | | |
| 11. Evergreen Total Return Mutual Fund | B | Dividend | L | T | | | | | |
| 12. AT&T | A | Dividend | J | T | | | | | |
| 13. AT&T Wireless | | None | J | T | | | | | |
| 14. Charles Schwab & Co., Inc. | A | Interest | J | T | | | | | |
| 15. Bell South | A | Dividend | K | T | | | | | |
| 16. SBC Communications | B | Dividend | K | T | | | | | |
| 17. Dean Witter Sears Liq. Asset & Liq. Asset FD DSC Exchange | D | Interest | K | T | | | | | |
| 18. (Cont.)DeanWitterTaxFreeDaily Income&ActiveAssetTrust | | | | | | | | | |

1. Income/Gain Codes: A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes:    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market



| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 3/29/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Ford Motor Company | A | Dividend | J | T | | | | | |
| 20. Public Employees Retirement System of Nevada █ | | None | J | W | | | | | |
| 21. Inter Capital Quality Muni (two funds) | A | Interest | J | T | | | | | |
| 22. Inter Capital Insured Muni Income | A | Interest | J | T | | | | | |
| 23. 10.0 net mineral acre interest - █████ Texas | | None | J | W | | | | | |
| 24. Water Rights, ██████ Nevada | | None | J | W | | | | | |
| 25. Cisco Systems, Inc. | | None | J | T | | | | | |
| 26. Dell Computer | | None | J | T | | | | | |
| 27. Microsoft | | None | J | T | | | | | |
| 28. Delphi Automotive | A | Dividend | J | T | | | | | |
| 29. General Motors | A | Dividend | K | T | | | | | |
| 30. Raytheon Co. | A | Dividend | J | T | | | | | |
| 31. Morgan Stanley Dean Witter IRA Acct: American Opportunities | | None | J | T | | | | | |
| 32. General Electric | A | Dividend | J | T | | | | | |
| 33. Dean Witter IRA Account: Dean Witter Convertible Securities | A | Dividend | J | T | | | | | |
| 34. Dean Witter IRA Account:   - Proctor & Gamble | A | Dividend | J | T | | | | | |
| 35. Dean Witter IRA Account:   - Dean Witter Div. Growth | | None | J | T | | | | | |
| 36. Dean Witter IRA Account:   - T Rowe Price Small Cap | | None | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |

| Name of Person Reporting | Date of Report |
|---|---|
| McKibben, Howard D | 3/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets). Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Dean Witter IRA Account: - Dean Witter Equity Trust | A | Dividend | J | T | | | | | |
| 38. Dean Witter Active Asset Acct: - U.S. Treasury Notes | D | Interest | N | T | sold portion | 2003 | M | D | |
| 39. Promissory Note - Mary Abbott (paid prinicipal in full) | | None | J | W | | | | | |
| 40. Lucent Corp. | A | Dividend | J | T | | | | | |
| 41. NCR Corp. | | None | J | T | | | | | |
| 42. General Electric | A | Dividend | J | T | | | | | |
| 43. Intel | A | Dividend | J | T | | | | | |
| 44. Veritas | | None | J | T | | | | | |
| 45. House - ▓▓▓▓ California | | None | M | W | | | | | |
| 46. Bank of America Time Certificate | B | Interest | L | T | | | | | |
| 47. Tollgrade | | None | K | W | | | | | |
| 48. Sun Microsystems | | None | J | T | | | | | |
| 49. Conexant | | None | J | T | | | | | |
| 50. Interleukin Genetics | | None | J | T | | | | | |
| 51. Avaya | | None | J | T | | | | | |
| 52. Visteon | | None | J | T | | | | | |
| 53. Loral | | None | J | T | | | | | |
| 54. Farm - ▓▓▓▓ Ohio | D | Rent | M | W | | | | | |

1. Income/Gain Codes:       A = $1,000 or less       B = $1,001-$2,500       C = $2,501-$5,000       D = $5,001-$15,000       E = $15,001-$50,000
  (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
  (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
  P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
  ___ = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash Market

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKibben, Howard D | 3/29/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Oracle (See 1 in Part VIII) | A | None | J | T | | | | | |
| 56. Series I Bonds (eleven) (See 2 in Part VIII) | | None | J | T | | | | | |
| 57. Heritage Bank | B | Interest | M | T | | | | | |
| 58. Smuckers | | None | J | T | | | | | |
| 59. Agere Systems | | None | J | T | | | | | |
| 60. Comcast Corp. | | None | J | T | | | | | |
| 61. Sky Works Solutions | | None | J | T | | | | | |
| 62. Mindspeed (distribution of Conexant) | | None | J | T | distribution | 6/27 | J | | |
| 63. J.P. Morgan & Chase | | None | J | T | purchase | 3/21 | J | | |

1. Income Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less       K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000     O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
                             Q = Appraisal            R = Cost (Real Estate Only)    S = Assessment    T = Cash Market

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKibben, Howard D | 3/29/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

All of our assets are held in a trust.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | McKibben, Howard D | 3/29/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature          Date _March 29, 2004_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544